USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO: 16-cv-8183 (GHW)

JAVIER MONGE,

    Plaintiff,

v.

KARIKAN SEAFOOD RESTAURANT, INC

    Defendant.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**MEMORANDUM ENDORSED**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys, that pursuant to Fed. R. Civ. P. 41, this action and all claims asserted or which could have been asserted therein is dismissed with prejudice in its entirety and without further costs to any party as against the other.

Date: April 10, 2017

LAW OFFICES OF JENNIFER E. TUCEK, P.C.

By: _____
Jennifer E. Tucek, Esq.
201 East 87th Street, Suite 9H
New York, New York 10128
*Attorney for Plaintiff*

DUANE MORRIS LLP

By: _____
Michael Tiliakos
*Duane Morris LLP*
1540 Broadway
New York, New York 10036
*Attorney for Defendant*

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

The Clerk of Court is directed to close the case.

Dated: April 21, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge